UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO RAMOS NAVAS, | ) | Case No. 5:21-cv-01596-TJH-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MERRICK B. GARLAND, et al., | ) | |
| Respondents. | ) | |

_____

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: DECEMBER 9, 2021

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE